AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hummel, Christian F. | United States District Court N.Y. Northern District | 01/05/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge Full-time | ☐ Nomination Date <br> ☑ Initial ☐ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 to 01/01/2013 |

**7. Chambers or Office Address**

United States District Court
Northern District of New York
445 Broadway
Albany, NY 12207

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2012 | New York State Retirement System, currently receiving pension. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 01/05/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | New York State Unified Court System | $101,196.00 |
| 2. 2011 | New York State Unified Court System | $136,680.00 |
| 3. 2010 | New York State Unified Court System | $136,691.14 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | New York State Unified Court System |
| 2. 2011 | New York State Unified Court System |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | Exempt | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 01/05/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | Exempt | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 01/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Niagara Bank Account | A | Interest | K | T | | | | | |
| 2. Key Bank Account | A | Interest | K | T | | | | | |
| 3. S.E.F.C.U. Account | A | Interest | J | T | | | | | |
| 4. I.N.G. Savings Account | A | Interest | K | T | | | | | |
| 5. Altria Group, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 6. db-X 2020 Target Date E.T.F. Deutsche Bank Symbol TDH (IRA) | A | Int./Div. | J | T | | | | | |
| 7. The Hartford Variable Annuity (IRA) | E | Int./Div. | M | T | | | | | |
| 8. - Hartford Small Cap Growth Fund | | | | | | | | | |
| 9. - Hartford Mortgage Securities Fund | | | | | | | | | |
| 10. - International Capital Appreciation Fun | | | | | | | | | |
| 11. - Hartford Capital Appreciation Fund | | | | | | | | | |
| 12. - Hartford Mid Cap Value Fund | | | | | | | | | |
| 13. - Hartford Stock Fund | | | | | | | | | |
| 14. - Hartford Value Fund | | | | | | | | | |
| 15. - Hartford Advisors Fund | | | | | | | | | |
| 16. - Hartford High Yield Fund | | | | | | | | | |
| 17. - Hartford Total Return Bond Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 01/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. The Hartford Variable Annuity (IRA) | D | Int./Div. | K | T | | | | | |
| 19. - Hartford Total Return Bond Fund | | | | | | | | | |
| 20. - Hartford Hi Yield HLS | | | | | | | | | |
| 21. - Hartford US Government Securities HLS Fund | | | | | | | | | |
| 22. - Hartford International Opportunities HLS Fund | | | | | | | | | |
| 23. - Hartford Advisors HLS Fund | | | | | | | | | |
| 24. - Hartford Capital Appreciation HLS Fund | | | | | | | | | |
| 25. - Hartford MidCap Value HLS Fund | | | | | | | | | |
| 26. - Hartford Small Cap Growth HLS Fund | | | | | | | | | |
| 27. - Hartford Stock HLS Fund | | | | | | | | | |
| 28. Glens Falls National Bank - Carter, Conboy, et al 401(K) | C | Int./Div. | K | T | | | | | |
| 29. - Vanguard Wellington Fund | | | | | | | | | |
| 30. New York State Deferred Compensation Plan | E | Int./Div. | N | T | | | | | |
| 31. - T Rowe Price Retire 2020 | | | | | | | | | |
| 32. - T Rowe Price Retire 2030 | | | | | | | | | |
| 33. - Intl Equity Fund - Active | | | | | | | | | |
| 34. - Jans Fund T Symbol JANSX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 01/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Vanguard Wellington Fund Fd AD | | | | | | | | | |
| 36. - Stable Income Fund NYS DCP | | | | | | | | | |
| 37. New York State Deferred Compensation Plan | E | Int./Div. | N | T | | | | | |
| 38. - T. Rowe Price Retire 2010 | | | | | | | | | |
| 39. - Intl Equity Fund - Active | | | | | | | | | |
| 40. - Fidelity Magellan Fund | | | | | | | | | |
| 41. - Fidelity OTC Fund | | | | | | | | | |
| 42. - T. Rowe Price Equity Income Fund | | | | | | | | | |
| 43. - Vanguard Institutional Index Fund | | | | | | | | | |
| 44. - Vanguard Bond Index Fund | | | | | | | | | |
| 45. - Stable Income Fund NYS DCP | | | | | | | | | |
| 46. I.R.A. Account #1 | E | Int./Div. | M | T | | | | | |
| 47. - Hartford Advisors HLS | | | | | | | | | |
| 48. - Hartford Capital Apprec. | | | | | | | | | |
| 49. - Hartford High Yield | | | | | | | | | |
| 50. - Hartford International Opp. | | | | | | | | | |
| 51. - Hartford Mid-Cap Value | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 01/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Hartford Small-Cap Growth | | | | | | | | | |
| 53. - Hartford Stock HLS | | | | | | | | | |
| 54. - Hartford Total Return Bond | | | | | | | | | |
| 55. - Hartford US Gov't Securities | | | | | | | | | |
| 56. - Hartford Value HLS | | | | | | | | | |
| 57. I.R.A. Account #2 | D | Int./Div. | K | T | | | | | |
| 58. - Hartford Advisors HLS | | | | | | | | | |
| 59. - Hartford Capital Apprec. | | | | | | | | | |
| 60. - Hartford High Yield | | | | | | | | | |
| 61. - Hartford Int'l Opport. | | | | | | | | | |
| 62. - Hartford Mid-Cap Value | | | | | | | | | |
| 63. - Hartford Small-Cap Growth | | | | | | | | | |
| 64. - Hartford Stock HLS | | | | | | | | | |
| 65. - Hartford Total Return Bond | | | | | | | | | |
| 66. - Hartford US Gov't Securities | | | | | | | | | |
| 67. Brokerage Account #1 | D | Int./Div. | L | T | | | | | |
| 68. - SEI Large Cap Value | B | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 01/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - SEI Core Fund Income | B | Int./Div. | J | T | | | | | |
| 70. - SEI High Yield Bond | A | Int./Div. | J | T | | | | | |
| 71. - SEI Small Cap Value | A | Int./Div. | J | T | | | | | |
| 72. - SEI Large Cap Growth | A | Int./Div. | J | T | | | | | |
| 73. - SEI Small Cap Growth | A | Int./Div. | J | T | | | | | |
| 74. - SEI Int'l Emerg Mkts Debt | A | Int./Div. | J | T | | | | | |
| 75. - SEI Int'l Emerg Mkts Fund | A | Int./Div. | J | T | | | | | |
| 76. - SEI Int'l Equity Fund | A | Int./Div. | J | T | | | | | |
| 77. - SEI Int'l Fixed Income | A | Int./Div. | J | T | | | | | |
| 78. - SEI Liquid Asset Prime | A | Int./Div. | J | T | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 01/05/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 01/05/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Christian F. Hummel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544